# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexander Greer Williams,<br>Petitioner,<br>v.<br>Ryan Thornell, et al.,<br>Respondents. | No. CV-24-08038-PCT-KML<br>**ORDER** |

On November 1, 2024, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending petitioner Alexander Greer Williams's petition for writ of habeas corpus be denied. (Doc. 16.) No objections were filed. Therefore, the R&R will be adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 16) is **ADOPTED**. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk of Court shall enter a judgment of dismissal with prejudice.

/
/
/
/

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because the dismissal of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

Dated this 26th day of December, 2024.

Honorable Krissa M. Lanham
United States District Judge